UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wesley R. Mullins, Civil File No. 00-2051(PAM/ESS)

Plaintiff,

v. **ORDER**

David Crist, Monica Lais,
Chris Salazar, and John Doe,

Defendants.

---

The above-entitled matter is before the Court upon the Report and Recommendation by United States Magistrate Judge E.S. Swearingen (Docket No. 2) dated August 28, 2000. Neither plaintiff nor defendants Lais, Salazar or Doe have filed objections to that Report and Recommendation in the time period permitted for objections. See Rule 72(b), Fed. R. Civ. P.; Local Rule 72.1(c). Therefore, based upon all the files, records and proceedings in this matter, the court ADOPTS the Report and Recommendation.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's claims against defendant David Crist be dismissed pursuant to 28 U.S.C. § 1915A(b); and

2. Plaintiff's claims against the remaining defendants be allowed to proceed at this time, without prejudice to any defenses that such defendants may later seek to raise.

Dated: September 25, 2000.

Paul A. Magnuson
United States District Court Judge

FILED SEP 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________