# Minnesota Department of Corrections
## MCF - Rush City

## Offender Court Ordered Obligations Report
## By: Transaction Dates within Offender ID Number

CLERK, US DISTRICT COURT

CHECK OUT DEDUCT TYPE CHECK NUMBER: 15055

150133 MURPHY, JOHN

| | | | | |
|---|---|---|---|---|
| 6.80 | AMOUNT FOR FILE NUMBER | CV-03-6544 | Amount Owing: | 119.49 |
| 6.80 | TOTAL FOR: | 150133 | MURPHY, JOHN | |

197660 MULLINS, WESLEY

| | | | | |
|---|---|---|---|---|
| 6.00 | AMOUNT FOR FILE NUMBER | 00-2051 | Amount Owing: | 74.57 |
| 6.00 | TOTAL FOR: | 197660 | MULLINS, WESLEY | |
| 12.80 | TOTAL CHECK AMOUNT | | | |

RECE[illegible]ED BY MAIL
MAY 1 8 2004
CLERK, US DIST. COURT
ST. PAUL, MN

Tue May 18 10:49:34 2004

UNITED STATES DISTRICT COURT

ST PAUL, MN

Receipt No. 300 144727
Cashier joni

Tender Type CHECK

Check Number: 15055

Transaction Type AR

DO Code 4641 Div No 3 Acct 5100PL

Amount $ 6.00

WESLEY MULLINS 0:00-CV-2051 / PAID BY MC
F RUSH CITY

PARTIAL PAYMENT OF PRISONER FILING FEE

CLOSED indicates that the offender has left the department. No further deductions will be taken.