Minnesota Department of Corrections
MCF - Rush City

Offender Court Ordered Obligations Report
By: Transaction Dates within Offender ID Number

CLERK, US DISTRICT COURT

CHECK OUT DEDUCT TYPE CHECK NUMBER: 15055

| | | | | |
|---|---|---|---|---|
| 150133 | MURPHY, JOHN | | | |
| 6.80 | AMOUNT FOR FILE NUMBER | CV-03-6544 | Amount Owing: | 119.49 |
| 6.80 | TOTAL FOR: | 150133 | MURPHY, JOHN | |
| 197660 | MULLINS, WESLEY | | | |
| 6.00 | AMOUNT FOR FILE NUMBER | 00-2051 | Amount Owing: | 74.57 |
| 6.00 | TOTAL FOR: | 197660 | MULLINS, WESLEY | |
| 12.80 | TOTAL CHECK AMOUNT | | | |

CV00-2051 PAM/ESS

RECEIVED
BY MAIL
MAY 18 2004
CLERK, US DIST. COURT
ST. PAUL, MN

Tue May 18 10:49:34 2004

UNITED STATES DISTRICT COURT

ST PAUL, MN

Receipt No. 300 144727
Cashier joni

Tender Type CHECK

Check Number: 15055

Transaction Type AR

DO Code 4641 Div No 3 Acct 5100PL

Amount $ 6.00

WESLEY MULLINS 0:00-CV-2051 / PAID BY MC
F RUSH CITY

PARTIAL PAYMENT OF PRISONER FILING FEE

SCANNED
MAY 18 2004
U.S. DISTRICT COURT ST. PAUL

CLOSED indicates that the offender has left the department. No further deductions will be taken.