RECEIVED
BY MAIL
JUN 15 2004
CLERK, US DIST. COURT
ST. PAUL, MN

Minnesota Department of Corrections

MCF - Rush City

# Offender Court Ordered Obligations Report

## By: Transaction Dates within Offender ID Number

CLERK, US DISTRICT COURT

CHECK OUT DEDUCT TYPE    CHECK NUMBER: 15425

| | | | | | |
|---|---|---|---|---|---|
| 150133 | MURPHY, JOHN | | | | |
| 7.60 | AMOUNT FOR FILE NUMBER | CV-03-6544 | | Amount Owing: | 111.89 |
| 7.60 | TOTAL FOR: | 150133 | MURPHY, JOHN | | |
| 197660 | MULLINS, WESLEY | | | | |
| 4.00 | AMOUNT FOR FILE NUMBER | 00-2051 | | Amount Owing: | 70.57 |
| 4.00 | TOTAL FOR: | 197660 | MULLINS, WESLEY | | |
| 11.60 | TOTAL CHECK AMOUNT | | | | |

Tue Jun 15 10:52:04 2004

UNITED STATES DISTRICT COURT

ST PAUL, MN

Receipt No. 300 144921
Cashier joni

Tender Type CHECK

Check Number: 15425

Transaction Type AR

DO Code Div No Acct
4641 3 5100PL

Amount $ 4.00

WESLEY MULLINS 0:00-CV-2051 / PAID BY MC
F RUSH CITY

PARTIAL PAYMENT OF PRISONER FILING FEE

SCANNED
JUN 15 2004
U.S. DISTRICT COURT ST. PAUL

CLOSED indicates that the offender has left the department. No further deductions will be taken.

If the Amount Owing does not equal your records, please contact Offender Accounts at 320-358-0411