Tue Jun 29 11:54:48 2004

UNITED STATES DISTRICT COURT

ST PAUL, MN

Receipt No. 300 145017
Cashier joni

Tender Type CHECK

Check Number: 15597

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 3 | 5100PL |

Amount $ 8.00

WESLEY MULLINS 0:00-CV-2051 / PAID BY MC
F RUSH CITY

PARTIAL PAYMENT OF PRISONER FILING FEE

SCANNED
JUN 29 2004
U.S. DISTRICT COURT ST. PAUL

# Minnesota Department of Corrections

## MCF - Rush City

## Offender Court Ordered Obligations Report
## By: Transaction Dates within Offender ID Number

CHECK OUT DEDUCT TYPE — CLERK, US DISTRICT COURT

CHECK NUMBER: 15597

| | | | | |
|---|---|---|---|---|
| 150133 | MURPHY, JOHN | | | |
| 3.00 | AMOUNT FOR FILE NUMBER | CV-03-6544 | Amount Owing: | 68.89 |
| 3.00 | TOTAL FOR: | 150133 | MURPHY, JOHN | |
| 197660 | MULLINS, WESLEY | | | |
| 8.00 | AMOUNT FOR FILE NUMBER | 00-2051 | Amount Owing: | 62.57 |
| 8.00 | TOTAL FOR: | 197660 | MULLINS, WESLEY | |
| 11.00 | TOTAL CHECK AMOUNT | | | |

RECEIVED
BY MAIL
JUN 29 2004
CLERK, US DIST. COURT
ST. PAUL, MN

CLOSED indicates that the offender has left the department. No further deductions will be taken.

If the Amount Owing does not equal your records, please contact Offender Accounts at 320-358-0411