00-2051

Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641017050
Cashier ID: kuline
Transaction Date: 10/18/2007
Payer Name: MCF OAK PARK HEIGHTS

---

PLRA CIVIL FILING FEE
For: WESLEY ROSS MULLINS
Case/Party: D-MNX-0-00-CV-002051-001
Amount: $13.00

---

CHECK
Check/Money Order Num: 127338
Amt Tendered: $13.00

---

Total Due: $13.00
Total Tendered: $13.00
Change Amt: $0.00

SCANNED
OCT 22 2007
U.S. DISTRICT COURT MPLS