Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641023933
Cashier ID: kuline
Transaction Date: 05/20/2008
Payer Name: MCF SAINT CLOUD

---

PLRA CIVIL FILING FEE
For: WESLEY MULLINS
Case/Party: D-MNX-0-00-CV-002051-001
Amount: $41.57

---

CHECK
Check/Money Order Num: 138040
Amt Tendered: $41.57

---

Total Due: $41.57
Total Tendered: $41.57
Change Amt: $0.00

SCANNED
MAY 21 2008
U.S. DISTRICT COURT MPLS